LBR Form 1015-2                                                                              Case No. ___

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO

Please check the appropriate box(es) with respect to each of the following items and state the required information in the space below, adding an additional page if necessary:

If any previous bankruptcy of any kind was filed in any court within the last eight (8) years by or against this debtor or any entity related to the debtor as described below, or if the debtor or any entity related to the debtor as described below has a pending bankruptcy case in any bankruptcy court regardless of when such case was filed, then set forth 1) the name of the debtor, 2) case number, 3) date filed, 4) chapter filed under, 5) district and division where the case is or was pending, 6) current status of the case, 7) whether a discharge was granted, denied, or revoked, 8) any real estate in the case and 9) judge assigned to the case.  If the prior case was a case under chapter 13 which was confirmed, paid out and discharged, and the current case is a chapter 7 case, the debtor shall disclose the percentage paid to unsecured creditors in the chapter 13 case.

☐    This debtor (identical individual, including DBAs, FDBAs)
☐    This debtor (identical business entity)
☐    Spouse of this debtor
☐    Former spouse of debtor
☐    Corporation/LLC if this debtor is or was a major shareholder/member of the corporation/LLC
☐    Major shareholder of this debtor (if this debtor is a corporation)
☐    Affiliate(s) of this debtor (see §101(2) of the Code)
☐    Partnership, if this debtor is or was a general partner in the partnership
☐    General partner of this debtor (if this debtor is a partnership)
☐    General partner of this debtor (if this debtor is or was another general partner therewith)
☐    Entity with which this debtor has substantial identity of financial interests or assets
☐    Involuntary

■    NONE OF THE ABOVE APPLY

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:   **March 22, 2011**                                      **/s/ Daniel L Riggs**
                                                                 **Daniel L Riggs**
                                                                 DEBTOR