B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Daniel L Riggs** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**U.S. Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**SFR located at 625 Campbell St.  Washington C.H., Ohio 43160**<br>**1100 sq.ft. home with 3 bedrooms, 1 bath with detached garage**<br>**Insured through Motorist**<br>**Value determined by County Tax Assessment** |

Property will be (check one):

■  Surrendered          ☐  Retained

If retaining the property, I intend to (check at least one):

☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐  Claimed as Exempt          ■  Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 2 | |
| --- | --- |
| **Creditor's Name:**<br>**U.S. Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**SFR located at 625 Campbell St.  Washington C.H., Ohio**<br>**43160**<br>**1100 sq.ft. home with 3 bedrooms, 1 bath with detached**<br>**garage**<br>**Insured through Motorist**<br>**Value determined by County Tax Assessment** |

Property will be (check one):

☑  Surrendered                    ☐  Retained

If retaining the property, I intend to (check at least one):

☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐  Claimed as Exempt                    ☑  Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**AT&T** | **Describe Leased Property:**<br>**2 Year cell phone contract (3)** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑   YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __March 22, 2011__                    Signature  __/s/ Daniel L Riggs__
                                                                    __Daniel L Riggs__
                                                                    Debtor