# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 11-52805 |
| | : | Chapter 7; Judge John E. Hoffman, Jr. |
| DANIEL L RIGGS | : | |
| | : | |
| Debtor. | : | |

## TRUSTEE'S ABANDONMENT OF REAL ESTATE FOR PROPERTY LOCATED AT 625 CAMPBELL ST. WASHINGTON, C.H. OHIO 43160

William B. Logan Jr., Trustee in the above-captioned case, hereby abandons the following asset(s) pursuant to 11 U.S.C. Section 554, Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rule 6007-1: Trustee has filed an abandonment of real estate for property located at: 625 Campbell St. Washington C.H. Ohio 43160

The Trustee states that there is no equity in the asset(s) being abandoned and, after consideration of liens, exemptions, and costs of sale and/or the asset(s) are of inconsequential value or are burdensome to the bankruptcy estate.

Respectfully submitted,

**LUPER NEIDENTHAL & LOGAN**
**A Legal Professional Association**

/s/ William B. Logan Jr.
William B. Logan Jr., Trustee  0019290
50 West Broad Street, Suite 1200
Columbus, Ohio  43215
(614) 221-7663

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  May 3rd                         , 2011, a copy of the foregoing was mailed electronically through the Court's ECF system upon the following:

United States Trustee                    MICHAEL W WARREN
                                         Attorney for Debtor

And by regular U.S. Mail, postage prepaid, upon the following:

DANIEL L RIGGS
625 CAMPBELL ST
WASHINGTON COURT HOU, OH 43160


U.S. Bank Home Mortgage
17506 Rockside Drive
Bedford, OH 44146-2099


                                         /s/ William B. Logan Jr.            
                                         William B. Logan Jr., Trustee